MARCH 21, 1995

No. 94–8438 (A–689).  WILLIAMS *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Application for stay of execution of sentence of death, pre-

sented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.